# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2022 KW 0901

VERSUS

DANIELLE BORDELON-WILLIAMS                    **OCTOBER 11, 2022**

---

In Re:    Danielle Bordelon-Williams, applying for supervisory
          writs, 22nd Judicial District Court, Parish of
          Washington, No. 21-CR5-146929.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

    **WRIT DENIED.** When a defendant files a preliminary plea,
the running of the prescriptive period shall be suspended until
the ruling of the court thereon, but in no case shall the State
have less than one year after the ruling to commence the trial.
La. Code Crim. P. art. 580(A). Accordingly, the one-year
prescriptive period was suspended by relator's October 28, 2021
motion for discovery until, at the earliest, October 28, 2022,
and the district court did not err in denying relator's June 15,
2022 motion to quash.

**VGW**
**JMG**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_a S___

---
DEPUTY CLERK OF COURT
    FOR THE COURT